UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DANIEL WESLEY SHOWALTER JR.,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION<br><br>Defendant. | Civil No. 1:23-cv-00198-MC<br><br><br><br>ORDER AND JUDGMENT FOR REMAND |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings.

On remand, the administrative law judge will offer Plaintiff the opportunity for a new hearing; reevaluate the opinion evidence; reevaluate Plaintiff's subjective claims; and, take any further action needed to complete the administrative record, and issue a new decision

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

JUDGMENT is entered for Plaintiff, and this case is closed.

IT IS SO ORDERED this   29th   day of  February   2024.

s/Michael J. McShane
UNITED STATES MAGISTRATE JUDGE

Page 1     ORDER AND JUDGMENT – [1:23-cv-00198-MC]

Submitted by:

NATALIE K. WIGHT
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

s/ *Sathya Oum*
Sathya Oum
Special Assistant United States Attorney
Attorneys for Defendant
(510) 970-4846